OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**



UNITED STATES POSTAGE
PITNEY BOWES

02 1M    $ 00.26⁵
0004279596    NOV 26 2014
MAILED FROM ZIPCODE 78701

11/26/2014

BRYANT, STEPHEN DWAYNE  Tr. Ct. No. W91-60553-M (A)    WR-82,454-01
The Court has dismissed your application for writ of habeas corpus without written
order; the sentence has been discharged. See *Ex parte Harrington*, 310 S.W.3d
452 (Tex. Crim. App. 2010).

Abel Acosta, Clerk

STEPHEN DWAYNE BRYANT

U.T.F

RETURN TO SENDER
NOT IN DALLAS COUNTY JAIL

1EBN3B 75202